AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 CR 058 (PAC) |
| NNANDI BEN-JOCHANNAN | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NNANDI BEN-JOCHANNAN

Date: 03/02/2022

*Attorney's signature*

DAVID TOUGER 7790
*Printed name and bar number*

Peluos & Touger, LLP
70 Lafafyette Street
2nd Floor
New York, New York 10013
*Address*

dtouger@aol.com
*E-mail address*

O-212-608-1234   C-917-862-1614
*Telephone number*

212-513-1989
*FAX number*