Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  
**Ridgewood, NJ 07450**

**299 Broadway, Suite 800**  
**New York, NY 10007**  
(Preferred mailing address)

March 18, 2024

Hon. Lewis J. Liman  
United States District Judge  
500 Pearl Street  
New York, NY 10007

**REQUEST GRANTED.**
The Sentencing hearing previously set for March 19, 2024 is RESCHEDULED to April 18, 2024 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

3/18/2024  SO ORDERED.
/s/ LEWIS J. LIMAN
United States District Judge

Re:   U.S. v. Nnandi Ben-Jochannan, 22 Cr. 58

Dear Judge Liman:

David Touger and I are defense counsel for Nnandi Ben Jochannan. Sentencing memorandums have already been filed, and we understand that this matter has been transferred to Your Honor for sentencing. No date has been set yet.

After consultation with AUSA Rushmi Bhaskaran, I understand that all parties would be available for a sentencing hearing on the afternoon of April 10, any time on April 17, or April 18 starting no later than 1 PM. If one of those dates were convenient to the Court, we respectfully request that the sentencing hearing be scheduled.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.