Law Offices of
# Donald J. Yannella

A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **299 Broadway, Suite 800**
**Ridgewood, NJ 07450**  **New York, NY 10007**
(Preferred mailing address)

April 15, 2024

Hon. Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing Hearing previously set for April 18, 2024 is rescheduled to May 24, 2024 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The defense is given notice that the Court is considering the Government's request for a substantial variance.
> 4/16/2024
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   U.S. v. Nnandi Ben-Jochannan, 22 Cr. 58

Dear Judge Liman:

David Touger and I are defense counsel for Nnandi Ben Jochannan. This matter is set for sentencing on April 18, 2024, after having been transferred to Your Honor.

Without objection from the Government, the defense requests a three week adjournment of the sentencing hearing. The adjournment is necessary to prepare for sentencing, now that the Government has requested a 15 year sentence, which is a drastic variance from the Guidelines range of 7 years for a § 924(c)(1)(A)(ii) brandishing conviction.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.